**Fill in this information to identify the case:**

Debtor name    **OnlineAutoParts.com, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-21510**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Bank N.A.** | **Checking** | **2299** | $0.00 |
| 3.2. | **Webster Bank N.A.** | **Checking** | **1397** | $78.05 |
| 3.3. | **Webster Bank N.A.** | **Checking** | **1416** | $100.00 |
| 3.4. | **Community Bank N.A.** | **Checking** | **2368** | $10.00 |
| 3.5. | **Community Bank N.A.** | **Checking** | **2459** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$188.05

**Part 2:    Deposits and Prepayments**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **OnlineAutoParts.com, LLC**                                    Case number *(If known)*  **19-21510**
_____Name_____

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

11a. 90 days old or less:          **198.15**     -          **0.00**   = ....                **$198.15**
_____     _____
face amount                            doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                                **$198.15**
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Inventory** | | **$0.00** | | **$572,518.21** |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** **Shipping supplies** | | **$0.00** | | **$3,000.00** |

23.       **Total of Part 5.**                                                                **$575,518.21**
          Add lines 19 through 22.  Copy the total to line 84.

24.       **Is any of the property listed in Part 5 perishable?**
          ■ No
          ☐ Yes

25.       **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ■ No
          ☐ Yes. Book value _____  Valuation method _____  Current Value _____

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **OnlineAutoParts.com, LLC** | Case number *(If known)* **19-21510** |
|---|---|---|
| | Name | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furniture and Fixtures** | **$0.00** | | **$31,689.72** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Electronic equipment** | **$0.00** | | **$136,312.02** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$168,001.74** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **OnlineAutoParts.com, LLC**                                    Case number *(If known)* **19-21510**
          <sub>Name</sub>

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| | Warehouse equipment | $0.00 | $117,561.77 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $117,561.77 |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

**Current value of debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **OnlineAutoParts.com, LLC**
_____    Case number *(If known)*    **19-21510**
Name

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**Leasehold Improvements**                                    **$39,338.78**

**Proceeds from Asset Purchase Agreement**                    **Unknown**

78. **Total of Part 11.**                                     **$39,338.78**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **OnlineAutoParts.com, LLC**
Name

Case number *(If known)* **19-21510**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $188.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $198.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $575,518.21 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $168,001.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $117,561.77 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $39,338.78 | |
| 91. **Total.** Add lines 80 through 90 for each column | $900,806.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $900,806.70 |

**Fill in this information to identify the case:**

Debtor name **OnlineAutoParts.com, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-21510**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $161,358.56 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or CEO
1500 Main Street
Springfield, MA 01115**

**Community Bank N.A. - Checking - Acct#
2299**

Creditor's mailing address

Describe the lien
**Set-off**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
0627**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

| 2.2 | **JETOBRA, INC.** | Describe debtor's property that is subject to a lien | Unknown | $572,518.21 |
|---|---|---|---|---|

Creditor's Name

**DBA JB Assoc. of
Watertown
Attn: President or CEO
700 Connecticut Blvd
East Hartford, CT 06108**

**Inventory**

Creditor's mailing address

Describe the lien
**Ex parte attachment**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
08/08/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if know) | **19-21510** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **SOS Capital** | Describe debtor's property that is subject to a lien | $175,608.51 | $198.15 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts receivable** | | |

**Attn: President or CEO**
**1330 Ave of The Americas**
**Suite 600B**
**New York, NY 10019**
Creditor's mailing address

**Describe the lien**
**Alleged assignment of receivables**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $336,967.07

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila, PLLC**<br>**80 Broad Street, Suite 3303**<br>**New York, NY 10004** | Line **2.3** | |
| **Linda Clifford Hadley**<br>**Seiger Gfeller Laurie LLP**<br>**West Hartford Center**<br>**977 Farmington Ave., Suite 200**<br>**West Hartford, CT 06107** | Line **2.1** | |
| **Richard P. Weinstein, Esq.**<br>**Weinstein & Wisser, P.C.**<br>**29 South Main Street**<br>**Suite 207**<br>**West Hartford, CT 06107** | Line **2.2** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **OnlineAutoParts.com, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **19-21510**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,200.00** | **$1,175.00** |
|  | **Adam Goral** |  |  |  |
|  | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Andrea Penta**<br>**197 Conestoga St**<br>**Windsor, CT 06095** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.96** | **$500.96** |
|  | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    35202                    Best Case Bankruptcy

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $903.85 | $903.85 |
|-----|----------------------------------------------|-----------------------|---------|---------|
| | **Anthony Van Leuvan**<br>**460 Emmett St**<br>**Apt 14**<br>**Bristol, CT 06010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $400.14 | $400.14 |
|-----|----------------------------------------------|-----------------------|---------|---------|
| | **Brian Brown**<br>**19 Griswold Drive**<br>**Windsor, CT 06095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $217.77 | $217.77 |
|-----|----------------------------------------------|-----------------------|---------|---------|
| | **David Sisk**<br>**140 Ratley Road**<br>**West Suffield, CT 06093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,385.00 | $1,385.00 |
|-----|----------------------------------------------|-----------------------|-----------|-----------|
| | **Dean Bergeron**<br>**1043 Route 169**<br>**Woodstock, CT 06281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **OnlineAutoParts.com, LLC**                                    Case number *(if known)*   **19-21510**
_____ Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.36 | $387.36 |
|---|---|---|---|---|

**Elliot Holmes, Jr.**
**905 Burnside Ave**
**Apt B1**
**East Hartford, CT 06108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.18 | $372.18 |
|---|---|---|---|---|

**Hector Vargas**
**100 West Street**
**Apt 513**
**Vernon Rockville, CT 06066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,520.00 | $1,520.00 |
|---|---|---|---|---|

**Jennifer York**
**PO Box 237**
**Pomfret, CT 06258**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.00 | $975.00 |
|---|---|---|---|---|

**John Bowden II**
**20 Westfield Street**
**Manchester, CT 06040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **OnlineAutoParts.com, LLC** | | Case number (if known) | **19-21510** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.68 | $8.68 |
|---|---|---|---|---|

**Kyle Carissimi**
**3 Ann Mar Ln**
**Simsbury, CT 06070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/2019** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124.00 | $1,124.00 |
|---|---|---|---|---|

**Matthew Boshuyzen**
**18 Lydale Pl**
**Meriden, CT 06450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/2019** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.46 | $44.46 |
|---|---|---|---|---|

**Patrick Guillotte**
**48 Silver Birch Lane**
**Windsor, CT 06095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/2019** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |
|---|---|---|---|---|

**Thomas Boshuyzen**
**41 Sunrise Hill**
**Meriden, CT 06451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/2019** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **OnlineAutoParts.com, LLC**                                    Case number (if known)   **19-21510**
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,054.61** | **$0.00** |

2.15
Priority creditor's name and mailing address
**Town of Windsor**
**275 Broad Street**
**Windsor, CT 06095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,054.61**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.00** |

3.1
**Nonpriority creditor's name and mailing address**
**A.C.McGunnigle Co., Inc.**
**Attn: President or CEO**
**100 Market Street**
**Kenilworth, NJ 07033**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**$858.00**

---

3.2
**Nonpriority creditor's name and mailing address**
**ADP**
**Attn: Paul Bojorquez**
**400 W. Covina Blvd.**
**  CA 91173**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.3
**Nonpriority creditor's name and mailing address**
**Advanced Janitorial Srvs, LLC**
**Attn: President or CEO**
**45 Wintonbury Avenue**
**Bloomfield, CT 06002-2470**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,321.42**

---

3.4
**Nonpriority creditor's name and mailing address**
**Aisin World Corp. of America**
**Attn: President or CEO**
**Dept LA 24254**
**Pasadena, CA 91185-4254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,992.88**

---

3.5
**Nonpriority creditor's name and mailing address**
**Akebono Corporation**
**Attn: President or CEO**
**PO Box 3236**
**Farmington, MI 48333**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,864.23**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**American Endurance Racing**
Attn: President or CEO
426 Fruit Farm Road
Royersford, PA 19468

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,528.25** |
|---|---|---|---|

**American Express**
Attn: President or CEO
P.O. Box 650448
Dallas, TX 75265-0448

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$416,850.80** |
|---|---|---|---|

**American Express Merchant Serv**
Attn: President or CEO
5042 Wilshire Blvd
Los Angeles, CA 90036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0281**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |
|---|---|---|---|

**Ameritas Life Insurance Corp.**
Attn: President or CEO
PO Box 650730
Dallas, TX 75265-0730

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,156.40** |
|---|---|---|---|

**APA Industries Inc.**
Attn: President or CEO
555 Easy Street
Simi Valley, CA 93065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$418.75** |
|---|---|---|---|

**Ascensus**
Attn: President or CEO
200 Dryden Road
Dresher, PA 19025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,340.59** |
|---|---|---|---|

**Atlantic Import & Export**
Attn: President or CEO
220B Meister Avenue
Somerville, NJ 08876

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Automotive Parts Associates In**
Attn: President or CEO
10551 Lackman Rd.
Lenexa, KS 66206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __227__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.36** |
|---|---|---|---|

**Bosal USA, Inc.**
Attn: President or CEO
PO Box 36136
Newark, NJ 07188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __8843__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,050.86** |
|---|---|---|---|

**Bosch Brake Components, LLC**
Attn: President or CEO
39758 Treasury Center
Chicago, IL 60694-9700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,785.30** |
|---|---|---|---|

**Capital One Bank Usa N**
Po Box 30285
Attn: President or CEO
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit Card__

Last 4 digits of account number __6742__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Cardworks Acquiring**
Attn: President or CEO
101 Crossways Park Drive
Woodbury, NY 11797

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __5663__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,015.70** |
|---|---|---|---|

**Carriage House of New London**
Attn: President or CEO
488 Colman Street
New London, CT 06320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.82** |
|---|---|---|---|

**Carter Chevrolet Co. Inc.**
Attn: President or CEO
175 Hartford Tpke
Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.39** |
|---|---|---|
| **ConnectiCare, Inc**<br>**Attn: President or CEO**<br>**P.O. Box 416191**<br>**Boston, MA 02241-6191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1062** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.05** |
|---|---|---|
| **Connecticut Natural Gas Corp**<br>**Attn: President or CEO**<br>**PO Box 9245**<br>**Chelsea, MA 02150-9245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number **0739** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,198.21** |
|---|---|---|
| **Continental Corporation**<br>**Attn: President or CEO**<br>**PO Box 934675**<br>**Atlanta, GA 31193-4675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number **0203** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,678.76** |
|---|---|---|
| **CRP Industries, Inc.**<br>**Attn: President or CEO**<br>**PO Box 33181**<br>**Newark, NJ 07188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number **1890** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,407.15** |
|---|---|---|
| **CTA Manufacturing Corp.**<br>**Attn: President or CEO**<br>**263 Veterans Boulevard**<br>**Carlstadt, NJ 07072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number **T124** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,522.44** |
|---|---|---|
| **CWPM**<br>**Attn: President or CEO**<br>**PO Box 415**<br>**Plainville, CT 06062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number **6200** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Data One**<br>**Attn: President or CEO**<br>**100 Cummings Center**<br>**Suite 251C**<br>**Beverly, MA 01915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1542** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | OnlineAutoParts.com, LLC | Case number (if known) | 19-21510 |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**
**do88**
**Attn: President or CEO**
**Norra Stationsvagen 20**
**Nykvarn  15533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,558.03**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Effective Spend**
**Attn: President or CEO**
**611 S. Congress Ave**
**Suite 505**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,662.70**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**ElringKlinger AG**
**Attn: President or CEO**
**Postfach 1153**
**Dettingen, DE 72575**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,709.31**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Eriksson Industries**
**Attn: President or CEO**
**146 B Elm Street**
**Old Saybrook, CT 06475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$807.67**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Eversource**
**Attn: President or CEO**
**PO Box 56002**
**Boston, MA 02155-6002**

Date(s) debt was incurred _

Last 4 digits of account number  **5057**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,734.83**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Exide Technologies**
**Attn: President or CEO**
**13000 Deerfield Parkway**
**BLDG 200**
**Milton, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,428.84**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Febi Bilstein**
**Attn: President or CEO**
**PO Box 329**
**Valley Ford, CA 94972**

Date(s) debt was incurred _

Last 4 digits of account number  **2733**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,738.60**

---

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,660.44** |
|---|---|---|---|

**Federal Express**
**Attn: President or CEO**
**360 Ruby Rd**
**Willington, CT 06279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __9174__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$942.08** |
|---|---|---|---|

**Flosser GMBH & Co.**
**Attn: President or CEO**
**1005N Commons Drive**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,468.64** |
|---|---|---|---|

**Francisco Albero, S.A.**
**Rafael Barradas, 19**
**Polig. Gran Via Sud**
**Barcelona, Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __0091__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,481.00** |
|---|---|---|---|

**Grassroots Motorsports**
**Attn: President or CEO**
**915 Ridgewood Ave**
**Holly Hill, FL 32117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __1737__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$801.79** |
|---|---|---|---|

**Hengst of North America, Inc.**
**Attn: President or CEO**
**29 Hengst Drive**
**Camden, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,206.98** |
|---|---|---|---|

**Hitachi Auto Systems Americas**
**Attn: President or CEO**
**Drawer CS 198-281**
**Atlanta, GA 30384-8281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185,157.29** |
|---|---|---|---|

**Hoffman Auto**
**Attn: President or CEO**
**699 Straits Turnpike**
**Watertown, CT 06795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address

**Hoffman Auto**
**Attn: President or CEO**
**699 Straits Turnpike**
**Watertown, CT 06795**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,565.12**

---

**3.42** | Nonpriority creditor's name and mailing address

**Hoffman Porsche**
**Attn: President or CEO**
**630 Connecticut Blvd**
**East Hartford, CT 06108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,978.14**

---

**3.43** | Nonpriority creditor's name and mailing address

**Interamerican Motor Corp.**
**Attn: President or CEO**
**PO Box 511295**
**Los Angeles, CA 90051-7850**

Date(s) debt was incurred _

Last 4 digits of account number **4884**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$127,382.12**

---

**3.44** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**Attn: President or CEO**
**Bamane World Technology Center**
**Bangalore India 560048**

Date(s) debt was incurred _

Last 4 digits of account number **5173**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.45** | Nonpriority creditor's name and mailing address

**Kabbage**
**Attn: President or CEO**
**925B Peachtree Street NE**
**Suite 1688**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number **4659**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50,504.16**

---

**3.46** | Nonpriority creditor's name and mailing address

**Koni North America**
**ITT Industries Holdings, Inc.**
**Attn: President or CEO**
**28556 Network Place**
**Chicago, IL 60673-1285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,781.14**

---

**3.47** | Nonpriority creditor's name and mailing address

**Krona Performance**
**Attn: President or CEO**
**629 South George Street**
**Charles Town, WV 25414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,068.00**

---

Debtor    **OnlineAutoParts.com, LLC**                                    Case number (if known)    **19-21510**
_____
Name

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Leisure Time Canvas, Inc.**<br>**Attn: President or CEO**<br>**140 Norman Street**<br>**West Springfield, MA 01089**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,565.80** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Levine Auto & Truck**<br>**Attn: President or CEO**<br>**118 South Street**<br>**Danbury, CT 06810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$528.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**LMS Performance Group LLC**<br>**Attn: President or CEO**<br>**800 Marshall Phelps Road**<br>**Building 3G**<br>**Windsor, CT 06095**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**MAHLE Clevite, Inc.**<br>**Attn: President or CEO**<br>**PO Box 13263**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2300** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,990.06** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Mann+Hummel Purolator Filters**<br>**Attn: President or CEO**<br>**29650 Network Place**<br>**Chicago, IL 60673-4296**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,733.80** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Matthews Volvo Site**<br>**Attn: Matt Herrebout**<br>**808 S. Grant St.**<br>**Denver, CO 80209**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,800.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Motorsport Marketing, Inc.**<br>**Attn: President or CEO**<br>**915 Ridgewood Avenue**<br>**Daytona Beach, FL 32117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1737** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,181.00** |

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.71**

**Name Warehouse, LLC**
**Attn: President or CEO**
**PO Box 673**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.60**

**NEAD Insurance Trust**
**c/o Transurance, INC**
**Attn: President or CEO**
**60 Forest Street**
**Hartford, CT 06105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1221**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,994.12**

**NGK Spark Plugs (USA), Inc.**
**Attn: President or CEO**
**PO Box 514757**
**Terminal Annex**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0888**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,751.32**

**Nissens North America, Inc.**
**Attn: President or CEO**
**1125 S. Ball Street**
**Suite 100**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0014**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,202.02**

**Nokian Tyres Inc.**
**Attn: President or CEO**
**PO Box 623**
**Essex Junction, VT 05453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,064.40**

**North Shore Imports**
**Attn: President or CEO**
**4320 Independence Ct**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,482.37**

**Northside Imports**
**Attn: President or CEO**
**3650 W. Pratt**
**Lincolnwood, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9100**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **OnlineAutoParts.com, LLC**
_____
Name

Case number (*if known*)    **19-21510**

| | |
|---|---|
| 3.62 | |

**Nonpriority creditor's name and mailing address**
**Orio North America Inc.**
**Attn: President or CEO**
**2550 Broadhead**
**Suite 100**
**Bethlehem, PA 18020**

Date(s) debt was incurred _

Last 4 digits of account number  **7040**

As of the petition filing date, the claim is: *Check all that apply.*                $155,593.85

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.63 | |

**Nonpriority creditor's name and mailing address**
**PageOne Labs**
**Attn: President or CEO**
**7578 Gibralter Street #7**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number  **2201**

As of the petition filing date, the claim is: *Check all that apply.*                $6,987.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.64 | |

**Nonpriority creditor's name and mailing address**
**Paya**
**Attn: President or CEO**
**12120 Sunset Hills Road**
**Suite 500**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number  **2920**

As of the petition filing date, the claim is: *Check all that apply.*                $200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.65 | |

**Nonpriority creditor's name and mailing address**
**PayPal Working Capital**
**Attn: President or CEO**
**PO Box 5018**
**Lutherville Timonium, MD 21094**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $114,022.46

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.66 | |

**Nonpriority creditor's name and mailing address**
**PEX German OE Parts, LLC**
**Attn: President or CEO**
**PO Box 340**
**Niceville, FL 32588**

Date(s) debt was incurred _

Last 4 digits of account number  **1002**

As of the petition filing date, the claim is: *Check all that apply.*                $114.87

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.67 | |

**Nonpriority creditor's name and mailing address**
**Professional Parts Sweden AB**
**Attn: President or CEO**
**Fågelviksvägen 9B**
**S-145 53 Norsborg**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $130,973.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.68 | |

**Nonpriority creditor's name and mailing address**
**Ramac Industries, Inc.**
**Attn: President or CEO**
**2527 Aviation Way**
**Minden, NV 89423**

Date(s) debt was incurred _

Last 4 digits of account number  **4067**

As of the petition filing date, the claim is: *Check all that apply.*                $5,038.11

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.32** |
|---|---|---|---|

**Receivable Management Services**
Attn: President or CEO
PO Box 19646
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __5173__

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,430.42** |
|---|---|---|---|

**Robert Bosch LLC**
Attn: President or CEO
PO Box 95092
Chicago, IL 60694-5092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __2391__

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,042.66** |
|---|---|---|---|

**Skandix AG**
Attn: President or CEO
Richtershöhe 6
Lutter am Barenberge

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __8635__

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334.01** |
|---|---|---|---|

**SKF Automotive Aftermarket**
Attn: President or CEO
PO Box 74007487
Chicago, IL 60674-7487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __6900__

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,964.51** |
|---|---|---|---|

**SP Performance**
Attn: President or CEO
9D Herman Drive
Simsbury, CT 06070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,533.57** |
|---|---|---|---|

**Springfield Corrugated Box**
Attn: President or CEO
74 Moylan Lane
Agawam, MA 01001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __U001__

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$281,719.88** |
|---|---|---|---|

**SSF Imported Auto Parts, Inc.**
Attn: President or CEO
466 Forbes Boulevard
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __8682__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,224.01** |
|---|---|---|---|

**Svea Inkasso International**
**Attn: Paola Montenegro**
**169 81 Solna**
**Stockholm**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **5339**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,630.34** |
|---|---|---|---|

**Tasca Automotive Group**
**Attn: President or CEO**
**1300 Pontiac Avenue**
**Cranston, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0038**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,377.23** |
|---|---|---|---|

**Tenneco Automotive Sverige AB**
**Attn: President or CEO**
**Stationsqatan 2**
**SE-341 60 LJUNGBY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **1714**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Hanover Insurance Company**
**Attn: President or CEO**
**440 Lincoln Street**
**Worcester, MA 01653-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8000**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$567.80** |
|---|---|---|---|

**Transcedar Limited/Motorad**
**Attn: Dept # 30796**
**PO Box 790126**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139.96** |
|---|---|---|---|

**Transworld Systems Inc.**
**Attn: President or CEO**
**500 Virginia Dr**
**Suite 514**
**Fort Washington, PA 19034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **1686**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,143.53** |
|---|---|---|---|

**Turn 14 Distrubution**
**Attn: President or CEO**
**100 Tournament Drive**
**Suite 100**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224,614.55** |
|---|---|---|---|

**UPS**
**Attn: President or CEO**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **1927**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,276.57** |
|---|---|---|---|

**UPS Canada**
**Attn: Darion Campbell**
**10 Queen St., Unit 117**
**Fort Erie, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,824.97** |
|---|---|---|---|

**UPS Freight**
**Attn: President or CEO**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,397.16** |
|---|---|---|---|

**Valenti Motors - Audi/VW/Saab**
**Attn: President or CEO**
**600 Straits Turnpike**
**Watertown, CT 06795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,946.21** |
|---|---|---|---|

**Valeo Service USA**
**Attn: President or CEO**
**PO Box 2575**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **9771**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.80** |
|---|---|---|---|

**WorldPac**
**Attn: President or CEO**
**37137 Hickory Street**
**PO Box 5022**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **1395**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,258.01** |
|---|---|---|---|

**ZF Services, LLC**
**Attn: President or CEO**
**PO Box 5820**
**Carol Stream, IL 60197-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **0730**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **OnlineAutoParts.com, LLC** | Case number (if known) | **19-21510** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berman & Rabin, P.A.**<br>**15280 Metcalf Ave**<br>**PO Box 24327**<br>**Overland Park, KS 66223** | Line **3.67**<br>☐ Not listed. Explain ____ | **6291** |
| 4.2 | **Creditors Recovery Systems Inc**<br>**Attn: President or CEO**<br>**212 West St. Charles Road**<br>**Villa Park, IL 60181** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Dubicki & Camassar, LLP**<br>**Attn: Garon Camassar**<br>**181 Broad Street**<br>**New London, CT 06320** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **GC Services Limited Partnershi**<br>**Attn: President or CEO**<br>**PO Box 865**<br>**Houston, TX 77001** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Prestige Services Inc.**<br>**Attn: President or CEO**<br>**21214 Schofield Drive**<br>**Gretna, NE 68028** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Richard P. Weinstein, Esq.**<br>**Weinstein & Wisser, P.C.**<br>**29 South Main Street**<br>**Suite 207**<br>**West Hartford, CT 06107** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **RMS USA**<br>**RMS Corporate Headquarters**<br>**Attn: President or CEO**<br>**240 Emery Street**<br>**Bethlehem, PA 18015** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Sabia Taiman, LLC**<br>**Attn: Edward C. Taiman, Jr.**<br>**450 Church Street**<br>**Hartford, CT 06103-1107** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Svea Inkasso International**<br>**Attn: Paola Montenegro**<br>**169 81 Solna**<br>**Stockholm** | Line **3.27**<br>☐ Not listed. Explain ____ | **7421** |
| 4.10 | **Zwicker & Associates, P.C.**<br>**Attn: Beathan Regan, Esq.**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **12,994.01** |

Debtor    **OnlineAutoParts.com, LLC**
_____
Name

Case number (if known)    **19-21510**
_____

**5b. Total claims from Part 2**

5b.  +  $              **2,502,999.26**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $              **2,515,993.27**

**Fill in this information to identify the case:**

Debtor name    **OnlineAutoParts.com, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-21510**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Attorney for Sponzo Enterprises, LLC** | |
| State the term remaining | **Law Office of Lee N. Johnson**<br>**Attn: Lee N. Johnson**<br>**350 Silas Deane Highway**<br>**Wethersfield, CT 06109** |
| List the contract number of any government contract | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Lease of Building** | |
| State the term remaining    **3 months** | **Sponzo Enterprises, LLC**<br>**Attn: President or CEO**<br>**17 East Dudley Road**<br>**Bloomfield, CT 06002** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **OnlineAutoParts.com, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-21510**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Daniel M. Moran** | **19 Talcott Mountain Rd.** **Simsbury, CT 06070** | | **Community Bank, N.A.** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Daniel M. Moran** | **19 Talcott Mountain Rd.** **Simsbury, CT 06070** | | **SOS Capital** | ■ D __**2.3**__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy