UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____
IN RE:  ONLINEAUTOPARTS.COM, LLC  : CHAPTER 7
     Debtor : 
 : CASE NO.:  19-21510 (JJT)
 : 
_____:
 : 
SPONZO ENTERPRISES LLC : 
     Movant : 
 : 
V. : 
 : 
ONLINEAUTOPARTS.COM, LLC : 
ANTHONY S. NOVAK, TRUSTEE : 
     Respondents : 
_____: OCTOBER 30, 2019

## OBJECTION/RESPONSE TO MOTION FOR RELIEF FROM STAY

OnlineAutoParts.com, LLC, the Debtor in the above-captioned proceeding, by and through undersigned counsel, pursuant to Bankruptcy Rule 9006(d), hereby objects to the Motion For Relief From Automatic Stay of Sponzo Enterprises LLC (Doc. 25), for the following reasons:

1.    The Movant is the landlord of commercial real property leased by the Debtor which was used as a warehouse and distribution center for the Debtor's inventory, which is still located on site.

2.    Prior to the Petition Date the Movant commenced a summary process action which was stayed by the filing of the Debtor's chapter 7 case.

3.    Although the Movant does not object to the Movant's request to modify the automatic stay to allow it to proceed with its summary process action, the Movant's proposed order proposes additional relief which is substantive in nature, *i.e.*, "allowing the landlord to regain possession of its rental premises."

4.      Accordingly, the motion requests or proposes relief which is beyond the permissible scope of a motion for relief from stay.

5.      In its summary process action, the Movant has claimed statutory forfeiture rights to the contents of the leasehold.

6.      Allowing the Movant immediate possession of the leasehold would effectively allow the Movant to take possession of such personal property without obtaining an appropriate order from the housing court, and could disrupt the distribution of said property to secured creditors and other parties with a superior interest in the property.

WHEREFORE the Debtor prays that the Movant's motion for relief from stay be denied.

Dated at Avon, Connecticut this 30th day of October, 2019.

/s/ Edward P. Jurkiewicz\
Edward P. Jurkiewicz   ct04779\
Lawrence & Jurkiewicz, LLC\
30 East Main Street\
Avon, CT 06001\
(860) 299-6263 (telephone)\
(860) 677-5005 (fax)\
Federal Bar Number ct04779\
edwardjurkiewicz@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2019, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated at Avon, Connecticut this 30th day of October, 2019.

 /s/ Edward P. Jurkiewicz
Edward P. Jurkiewicz   ct04779
Lawrence & Jurkiewicz, LLC
30 East Main Street
Avon, CT 06001
(860) 299-6263 (telephone)
(860) 677-5005 (fax)
Federal Bar Number ct04779
edwardjurkiewicz@sbcglobal.net